# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.      CASE NO. 5:16-CR-50055 | |
| JAMES DWAYNE MYERS | DEFENDANT |

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 56) of United States Magistrate Judge Christy Comstock, filed on June 9, 2021. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 56) is **ADOPTED IN ITS ENTIRETY**, and Defendant's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 52) is **DENIED AND DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 24th day of June, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE